**No. 66949.**—Abraham & Straus, a Division of Federated Department Stores, Inc., et al. *v.* United States, protests 60/10070, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of iron wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiffs was sustained.